## Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>VIA ECF</u>
Judge Katherine Polk Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



January 4, 2024

    Re:   <u>1:23-cv-08817-KPF Tarr v. Belcam, Inc.</u>

<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Failla,

    Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for January 11th, 2024 at 3:00 PM. Counsel will be out of the country, in Asia, and unable to attend the conference on that date. Furthermore, Defendant has yet to make contact with our office. Plaintiff requests a 45-day adjournment and proposes to reschedule the conference for February 25th, 2024, or a date convenient to the Court. If Defendant does not appear, we will file a motion for Default Judgment before that date. This is the first-time relief is being requested.

    We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

<u>/s/ Mars Khaimov</u>
Mars Khaimov, Esq.
*Attorney for Plaintiff*

```
Application GRANTED.  The initial pre-trial conference scheduled
for January 11, 2024, is hereby ADJOURNED to February 28, 2024,
at 4:00 p.m.

The Clerk of the Court is directed to terminate the pending
motion at docket number 7.

Dated:     January 5, 2024            SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE
```