DAVID J. GRECH
DGRECH@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

February 22, 2024

**VIA ECF**
The Honorable Margaret M. Garnett, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Tarr v. Belcam, Inc.*
      Case No.: 1:23-cv-08817-MMG-SDA

Dear Judge Garnett:

We represent Defendant Belcam, Inc. ("Belcam") in this case. We write, pursuant to Rule I(B)(5) of Your Honor's Individual Rules and Practices and with Plaintiff's consent, to respectfully request an extension of time to March 25, 2024 for Belcam to answer, move, or otherwise respond to Plaintiff's complaint and for an adjournment of the initial pre-trial conference, presently scheduled for February 28, 2024 before Judge Failla, to a date available to the Court after Belcam responds to the complaint. By notice of reassignment, dated February 21, 2024, this case was reassigned from Judge Failla to Your Honor.

In her complaint, Plaintiff alleges that certain barriers to access exist on Belcam's website in violation of, *inter alia*, the Americans with Disabilities Act. Counsel for the parties have already begun discussions aimed at resolving this case without the need for further court intervention. In addition, the undersigned, lead counsel for Belcam in this case, is also lead counsel in Case No. 1:23-cv-08830-AS, which is scheduled for Court-referred mediation on February 28, 2024. Should the requested extension and adjournment be granted, counsel for the parties intend to use that additional time to continue their discussions.

This represents Belcam's first request to extend its time to respond to the complaint and its first request to adjourn the initial pre-trial conference. We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ David J. Grech

**Application GRANTED.** Defendant's time to respond to the complaint is hereby extended to **March 25, 2024**, and the Initial Pretrial Conference is hereby adjourned to **April 18, 2024 at 9:30a.m.** The Initial Pretrial Conference will be held before Judge Garnett in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. All counsel must familiarize themselves with the Court's Individual Rules & Practices.

SO ORDERED. Dated 2/23/2024.
HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE